IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Doris M. Thornton, | ) |
| | ) |
|     Plaintiff, | ) |
| | )    Civil Action No.: |
| v. | )    cv - 2014 - 217 |
| | ) |
| Midland Funding, LLC | ) |
| & Midland Credit Management | ) |
| | ) |
|     Defendant. | ) |

PLAINTIFF'S MOTION TO DISMISS

    COMES NOW the Plaintiff, by and through her attorney, and Moves this Honorable Court to Dismiss the instant proceeding with prejudice.

    /s/ Judson E. Crump
    Judson E. Crump, Attorney for Plaintiff

    Judson E. Crump, PC
    250 Congress St
    Mobile, Alabama 36603
    251.272.9148
    judson@judsonecrump.com